|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: _3/29/2022_____ |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Thomasina Kimbrough,

              Plaintiff,

      -against-                                       20 Civ. 6785 (AT) (DCF)

KILOLO KIJAKAZI, Acting Commissioner of          **ORDER**
Social Security,

              Defendant.

ANALISA TORRES, District Judge:

      Having received no objections to the Report & Recommendation (the "R&R"), ECF No. 28, of the Honorable Debra C. Freeman, the Court reviewed the R&R for clear error, and found none. *Santiago v. Colvin*, 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014).

      The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Plaintiff's motion for judgment on the pleadings is GRANTED, Defendant's cross-motion for judgment on the pleadings is DENIED, and this matter is REMANDED for further proceedings to the ALJ under sentence four of 42 U.S.C. § 405(g).

      The Clerk of Court is directed to terminate the motions at ECF Nos. 23 and 25 and close the case.

      SO ORDERED.

Dated: March 29, 2022
       New York, New York

                                                                       ANALISA TORRES
                                                         United States District Judge