UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Thomasina Kimbrough,

                        Plaintiff,

      -against-                                     20 **CIVIL** 6785 (AT)(DCF)

## **JUDGMENT**

KILOLO KIJAKAZI, Acting Commissioner of
Social Security,

                        Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 29, 2022, the R&R is ADOPTED in its entirety. Plaintiff's motion for judgment on the pleadings is GRANTED, Defendant's cross-motion for judgment on the pleadings is DENIED, and this matter is REMANDED for further proceedings to the ALJ under sentence four of 42 U.S.C. § 405(g); accordingly, the case is closed.

**Dated:** New York, New York

      March 30, 2022

                                                             **RUBY J. KRAJICK**

                                                             **Clerk of Court**

                            **BY:**

                                                            **Deputy Clerk**