**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

THOMASINA KIMBROUGH,

                         Plaintiff,                      **20-CV-6785 (AT) (VF)**

           -against-                          **ORDER**

COMMISSIONER OF SOCIAL SECURITY,

                         Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge.**

      On April 4, 2024, Plaintiff's counsel filed a motion for substitution under Federal Rule of Civil Procedure 25, because Plaintiff died on February 23, 2023. See ECF No. 41. On April 5, 2024, Plaintiff's counsel moved for attorney's fees. See ECF Nos. 42-44.

      On December 18, 2024, the Court denied the motion for substitution without prejudice, and granted leave for Plaintiff to file a renewed motion by March 18, 2025. See ECF No. 47. Plaintiff's motion for attorney's fees is currently pending before the Court, and the Court will await to resolve that motion after it considers any renewed motion for substitution by Plaintiff. The Clerk of Court is hereby directed to terminate the motion at ECF No. 42.

      **SO ORDERED.**

DATED:     New York, New York
             January 10, 2025

                                      _____
                                        VALERIE FIGUEREDO
                                        United States Magistrate Judge