USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMASINA KIMBROUGH,

Plaintiff,

-against-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

20 Civ. 6785 (AT) (VF)

**ORDER ADOPTING REPORT AND RECOMMENDATION**

ANALISA TORRES, District Judge:

Plaintiff, Thomasina Kimbrough, filed this social security action on August 24, 2020. *See* ECF No. 1. On August 25, 2020, the Court referred the matter to the Honorable Debra C. Freeman. ECF No. 8. On March 29, 2022, the Court adopted the report and recommendation ("R&R") of Judge Freeman to grant Plaintiff's motion for judgment on the pleadings and remanded the matter to the Social Security Administration ("SSA") for further proceedings. *See* ECF No. 37. On May 18, 2022, the Court approved the parties' proposed stipulation awarding Plaintiff $6,900.00 in fees under the Equal Access to Justice Act ("EAJA"). *See* ECF No. 40.

Tragically, on February 23, 2023, Plaintiff passed away. *See* ECF No. 51-4. On April 4, 2024, Ora Kimbrough, Plaintiff's mother, moved to substitute herself as plaintiff in this action pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure. *See* ECF No. 41. The Honorable Valerie Figueredo, who was redesignated to handle this matter, denied Ora Kimbrough's motion without prejudice because Ora Kimbrough did not demonstrate that she was a proper party for substitution. *See* ECF No. 47. On March 18, 2025, Ora Kimbrough filed a renewed motion to substitute counsel and for attorney's fees, *see* ECF Nos. 49, 50, which Judge Figueredo denied again without prejudice. ECF No. 56. Judge Figueredo stated that Ora Kimbrough's motion for attorney's fees would be addressed if and when Ora Kimbrough was substituted as a proper party. *See id.* at 5.

On May 29, 2026, Ora Kimbrough filed a third motion to substitute and renewed her motion for attorney's fees. *See* ECF No. 57. In an R&R dated July 27, 2026, *see* R&R, ECF No. 58, Judge Figueredo recommended granting both Ora Kimbrough's motion to substitute herself as Plaintiff in this action and the motion for attorney's fees. *Id.* at 18. Finally, Judge Figueredo recommended that "any award should be paid out of [Thomasina Kimbrough's] past-due benefits and, upon receipt of this sum, counsel should be required to refund the previously awarded EAJA fees of $6,900.00 to [Ora Kimbrough]." *Id.*

Despite notification of the right to object to the R&R, no objections were filed, and the time to do so has now passed. *See id.* at 18; Fed. R. Civ. P. 72(b)(2). Because no objections were made, the Court reviews the R&R for clear error. *Santiago v. Colvin*, No. 12 Civ. 7052, 2014 WL 1092967, at *1 (S.D.N.Y. Mar. 17, 2014). The Court finds no clear error in Judge Figueredo's thorough and well-reasoned R&R.

Accordingly, the Court ADOPTS Judge Figueredo's R&R in its entirety. Ora Kimbrough

is substituted as Plaintiff. The SSA is directed to approve a payment of $48,878.50 in attorney's fees to Plaintiff's counsel, out of Thomasina Kimbrough's past-due benefits, pursuant to 42 U.S.C. § 406(b). Counsel for Plaintiff shall, immediately upon receipt of the § 406(b) award, refund $6,900.00 in EAJA fees to Plaintiff. By **February 22, 2027**, counsel for Plaintiff shall file a letter certifying compliance with this order.

The Clerk of Court is respectfully directed to substitute Ora Kimbrough as Plaintiff and to terminate the motions at ECF Nos. 50, 57 and to close the case.

SO ORDERED.

Dated: August 20, 2026
New York, New York

ANALISA TORRES
United States District Judge